UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMLET C. BENNET, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1663 (RCL) |
| UNITED STATES, ) | |
| Defendant. ) | |

**ORDER**

There is nothing on the docket of the Clerk of Court reflecting service on defendant United States.[1]

Rule 4(a) of the Federal Rules of Civil Procedure indicates that a plaintiff shall be responsible for <u>prompt</u> service of the summons and complaint.  Rule 4(g) states that the person serving the process shall make proof of service to the court <u>promptly</u> and in any event within the time during which the person served must respond to the process.

Accordingly, it is hereby ORDERED that plaintiff shall, within the next ten (10) days, file with the Clerk of Court either proof of service or a status memorandum indicating all steps taken to date to effect service.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 5, 2005.

---

[1] Proof of service on the United States Attorney or his designated employee and service on the United States Attorney General, as required by Rule 4(i), Federal Rule of Civil Procedure, is also required in cases involving the United States or an officer or agency thereof.