UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAMLET C. BENNET,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 05-1663 (RCL) |
| **UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

## ORDER

This case is hereby DISMISSED, <u>sua sponte</u>, without prejudice, for failure to comply with the Court's Order of October 5, 2005.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, November 2, 2005.